UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Gregg Vigliotti,

        Plaintiff,

v.

Little Kabab Station Inc.,

        Defendant.

---

Case No: 7:24-cv-01593-KMK

## ~~[PROPOSED]~~ DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Gregg Vigliotti ("Plaintiff")'s application for entry of a default judgment against defendant Little Kabab Station Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55(b)(2);

**WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $20,000.00 ~~$30,000.00~~ in statutory damages for copyright infringement for one registered work, $4,530.00 in attorneys' fees and $460.00 in costs;

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a default hearing for Plaintiff's application on 10/4/24 at 11:30 am, and after service of process was effectuated, Defendant failed to appear in person or by telephone.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed. R. Civ. P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized coping of Plaintiff's registered works; it is

**FUTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $4,530.00 in attorneys' fees and $460.00 in costs pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d); it is

**FURTHER ORDERED** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: 10/4/24

SO ORDERED.

_____
Kenneth M. Karas (U.S.D.J.)